AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOAN R. MACK, as Trustee of the Palace Jewelry & Loan Co., INc. 401 (k) Profit Sharing Plan and Trust,

     Plaintiff,

V.

RANDAL S. KUCKENMEISTER, CPA. MST, as Administrator of the Estate of Charla Marie Mack, Deceased,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:08-CV-00370-ECR-RAM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff is dismissed from this case. FURTHER ORDERED that Defendant Mack's Cross-Claim [9] is DISMISSED.

| | |
|---|---|
|  April 12, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |